*United States District Court for the Northern District of West Virginia*

# Verification of Attorney Admission

TO: EDWARD A. BRODERICK and MATTHEW P. MCCUE

FROM: Deputy Clerk

DATE: 9/28/2020

RE: Diana Mey

           v.                               5:20-cv-209

ADT, Inc., et al.

CM/ECF:

According to our records, you have not been admitted to practice before the U.S. District Court in  the Northern District of West Virginia.   If you are a member of the West Virginia state bar, please move to be admitted to practice in our Court for a one-time fee of $205.00.

Call the court for the next admission date.     304-233-1492

If you are not a member of the West Virginia state bar but are a member of the bar of another state, you may move for *Pro Hac Vice* admission for a fee of $200.00, but please note that you will also have to get admitted *pro hac vice* to any subsequent actions in our court at a fee of $200.00 per case.  If you are claiming an exemption to the Pro Hac Vice fee pursuant to L.R. Gen P. 83.02*, please advise the Clerk's Office upon filing of your Application. To be admitted *pro hac vice*, you must complete the *Pro Hac Vice* Application and return it to the Clerk's office within ten days from the date of this Notice. You will  find this form on our website, www.wvnd.uscourts.gov  (Forms).  Until you are admitted, and even after you are admitted *pro hac vice*, you must  have local counsel sign all documents you file with our court.  Local counsel must attend all hearings and trials as long as you are in *Pro Hac Vice* status.

**You must submit the Certification of Eligibility for Admission form to the Clerk's Office with the admission fee or file a motion to appear *pro hac vice* within ten days of the date of this notice.**

Electronic filing became mandatory in our district on July 1, 2005.  A copy of our local rules as well as the process for electronic filing registration are available on the above-listed website.

Thank you.

* Fees are exempt for the following:  Bankruptcy Cases; Multidistrict Litigation Cases;

Miscellaneous Cases; Federal Government Attorneys; and Law Students.