# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY, on behalf of herself and others similarly situated,

        **Plaintiff(s),**

v.　　　　　　　　　　　　　　　Civil NO: 5:20-CV-209

ADT, INC.,
SAFE STREETS USA, LLC, and
PERFECTION MANUFACTURING INC.,

        **Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Matthew P. McCue, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: **11-3-2020**

                                              United States District Judge