Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

Cheryl Dean Riley
1125 Chapline St.
PO Box 471
Wheeling, WV 26003

FILED
NOV 9 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

**Control Number:** 265635
**Defendant:** PERFECTVISION MANUFACTURING INC
1627 QUARRIER STREET EAST
CHARLESTON, WV 25311 US

**Agent:** COGENCY GLOBAL INC.
**County:** Federal
**Civil Action:** 5:20-CV-209
**Certified Number:** 92148901125134100002945623
**Service Date:** 11/4/2020

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia



| | |
|---|---|
| DIANA MEY, on behalf of herself and others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>ADT, INC., SAFE STREETS USA, LLC and PERFECTVISION MANUFACTURING, INC.<br><br>*Defendant(s)* | Civil Action No. **5:20-CV-209** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PERFECTVISION MANUFACTURING, INC.
c/o COGENCY GLOBAL INC.
1627 Quarrier Street, East
Charleston, WV  25311

[Stamp: SECRETARY OF STATE / STATE OF WEST VIRGINIA / 2020 NOV -4 P 2:59 / ACCEPTED FOR SERVICE OF PROCESS]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John W. Barrett
Jonathan R. Marshall
Sharon F. Iskra
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV  25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Cheryl Dean Riley**

*CLERK OF COURT*

Date: 9/28/2020

*Signature of Clerk or Deputy Clerk*