# EXHIBIT 1

| | |
|---|---|
| **From:** | John W. Barrett |
| **To:** | Manning, Jacob |
| **Subject:** | Re: Mey v. ADT, Safe Streets, and PerfectVision |
| **Date:** | Thursday, October 1, 2020 11:38:16 AM |

Will do.

Sent from my iPhone

> On Oct 1, 2020, at 11:33 AM, Manning, Jacob <jacob.manning@dinsmore.com> wrote:
>
> **CAUTION: External Email**
>
> John,
>
> Yes we did see it and yes I am available at 3. Can you call my cell: ▮▮▮▮▮▮▮?
>
> Thanks.
> Jacob
>
> <image001.jpg>
>
> **Jacob A. Manning**
> Partner
> Dinsmore & Shohl LLP  •  Legal Counsel
> Bennett Square, 2100 Market Street, Wheeling, WV 26003
> **T** (304) 230-1604  •  **F** (304) 230-1610
>
> **From:** John W. Barrett <JBarrett@baileyglasser.com>
> **Sent:** Thursday, October 1, 2020 11:21 AM
> **To:** Manning, Jacob <jacob.manning@dinsmore.com>
> **Subject:** Mey v. ADT, Safe Streets, and PerfectVision
>
> Jacob, not sure if this has made it to you from your client PerfectVision, so I wanted to pass it on. I'd like to talk with you today about it, if that works. Would 3pm work? Thanks.
>
> ---
>
> John W. Barrett
> **Bailey & Glasser LLP**
> AL • CA • DC • DE • FL • IL • MA • MO • NJ • NY • PA • WV
>
> 209 Capitol Street
> Charleston WV 25301
> T: 304.340.2287
> F: 304.342.1110

JBarrett@baileyglasser.com
www.baileyglasser.com

<image002.jpg>

<image003.jpg>

This message and any attached documents contain information from the law firm of Bailey & Glasser LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail then delete this message.

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.