# EXHIBIT 2

| | |
|---|---|
| **From:** | John W. Barrett |
| **To:** | "Manning, Jacob" |
| **Subject:** | RE: Mey v. ADT & PerfectVision - following up |
| **Date:** | Thursday, October 8, 2020 10:15:00 AM |

Jacob, understood, but what are those steps that it has taken? I do need to know what your client has done to identify the alleged callers and notify its vendors of the need to preserve all call records. Very
Important that we get specific responses so we can avoid the need for a TRO. My hope is we can get those assurances, but without them I believe we need an order from the court assuring that the records are preserved. Thanks.

**From:** Manning, Jacob <jacob.manning@dinsmore.com>
**Sent:** Thursday, October 8, 2020 10:10 AM
**To:** John W. Barrett <JBarrett@baileyglasser.com>
**Subject:** RE: Mey v. ADT & PerfectVision - following up

**CAUTION: External Email**

John,

Sorry – I have been traveling the past two days and hadn't had a chance to connect with my client. My client's position is that it has taken the appropriate steps to ensure that its own documents are preserved, but it cannot control what entities other than itself do.

Jacob



**Jacob A. Manning**
Partner
Dinsmore & Shohl LLP • Legal Counsel
Bennett Square, 2100 Market Street, Wheeling, WV 26003
**T** (304) 230-1604 • **F** (304) 230-1610

**From:** John W. Barrett <JBarrett@baileyglasser.com>
**Sent:** Thursday, October 8, 2020 9:39 AM
**To:** Manning, Jacob <jacob.manning@dinsmore.com>
**Cc:** William S. Flynn <wflynn@baileyglasser.com>; Denise L. Milhoan <DMilhoan@baileyglasser.com>
**Subject:** ~RE: Mey v. ADT & PerfectVision - following up

Jacob, I just buzzed you again on your cell. Please let me know about the below. If I don't hear from you today with satisfactory responses from your client, I will file a motion for TRO. Thanks.

_____

John W. Barrett
**Bailey & Glasser LLP**

**T: 304.340.2287**

**From:** John W. Barrett
**Sent:** Wednesday, October 7, 2020 9:44 AM
**To:** 'jacob.manning@dinsmore.com' <jacob.manning@dinsmore.com>
**Subject:** Mey v. ADT & PerfectVision - following up

Jacob, following up my VM from yesterday about what your client has done to identify the alleged callers and notify its vendors of the need to preserve all call records. You can reach me on the cell at ▮▮▮▮▮▮▮▮. Thanks.

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.