# EXHIBIT 3

| | |
|---|---|
| **From:** | John W. Barrett |
| **To:** | "Manning, Jacob" |
| **Cc:** | Matthew McCue; "ted@broderick-law.com"; William S. Flynn |
| **Subject:** | RE: Activity in Case 5:20-cv-00209-JPB Mey v. ADT, Inc. et al Order on Motion for Miscellaneous Relief |
| **Date:** | Wednesday, November 18, 2020 6:49:00 AM |

Jacob, just following up to see that this email made it to you, and what the status of this is. Call if you need to talk anything through. . Thanks.

**From:** John W. Barrett
**Sent:** Friday, November 13, 2020 2:37 PM
**To:** 'Manning, Jacob' <jacob.manning@dinsmore.com>
**Cc:** Matthew McCue <mmccue@massattorneys.net>; ted@broderick-law.com; William S. Flynn <wflynn@baileyglasser.com>
**Subject:** RE: Activity in Case 5:20-cv-00209-JPB Mey v. ADT, Inc. et al Order on Motion for Miscellaneous Relief

Jacob, this information is very helpful, thanks. We will agree to an extension, if your client will tell us:
1. Who is the entity that physically dialed the calls?
2. What dialing platform was used to make the calls?
3. Where are the call records?

While your client may not know this, I'm sure the dealer that you identified would. Thanks.

**From:** Manning, Jacob <jacob.manning@dinsmore.com>
**Sent:** Friday, November 13, 2020 1:07 PM
**To:** John W. Barrett <JBarrett@baileyglasser.com>
**Subject:** RE: Activity in Case 5:20-cv-00209-JPB Mey v. ADT, Inc. et al Order on Motion for Miscellaneous Relief

**CAUTION: External Email**

John,

My client cannot respond to the discovery requests within ten days. As a result, I am going to move for a protective order asking for thirty. I assume you will not agree?

My client has authorized me to disclose the attached dealer agreement with you. We believe this is the entity that made the call.

Jacob

**Dinsmore**

**Jacob A. Manning**
Partner
Dinsmore & Shohl LLP • Legal Counsel
Bennett Square, 2100 Market Street, Wheeling, WV 26003

T (304) 230-1604  •  F (304) 230-1610

**From:** John W. Barrett <JBarrett@baileyglasser.com>
**Sent:** Thursday, November 12, 2020 9:47 AM
**To:** Manning, Jacob <jacob.manning@dinsmore.com>
**Cc:** Denise L. Milhoan <DMilhoan@baileyglasser.com>
**Subject:** FW: Activity in Case 5:20-cv-00209-JPB Mey v. ADT, Inc. et al Order on Motion for Miscellaneous Relief

Jacob, we will be serving the discovery by email this morning. Please let me know if you believe email service is not sufficient. Thanks.

_____

John W. Barrett
**Bailey & Glasser LLP**
T: 304.340.2287

**From:** wvndcmecf@wvnd.uscourts.gov <wvndcmecf@wvnd.uscourts.gov>
**Sent:** Thursday, November 12, 2020 8:09 AM
**To:** wvndcmecf@wvnd.uscourts.gov
**Subject:** Activity in Case 5:20-cv-00209-JPB Mey v. ADT, Inc. et al Order on Motion for Miscellaneous Relief

**CAUTION: External Email**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of West Virginia**

## Notice of Electronic Filing

The following transaction was entered on 11/12/2020 at 8:09 AM EST and filed on 11/12/2020

| Case Name: | Mey v. ADT, Inc. et al |
|---|---|
| Case Number: | 5:20-cv-00209-JPB |
| Filer: | |
| Document Number: | 13 |

**Docket Text:**

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO SERVE DISCOVERY REQUESTS PRIOR TO A RULE 26(f) CONFERENCE, WITH REQUEST FOR EXPEDITED CONSIDERATION: the Court grants the [10] Motion. Signed by District Judge John Preston Bailey on 11/12/2020. (nmm)**

**5:20-cv-00209-JPB Notice has been electronically mailed to:**

Sharon F. Iskra    siskra@baileyglasser.com

John W. Barrett    jbarrett@baileyglasser.com, amason@baileyglasser.com, crobinson@baileyglasser.com, dmilhoan@baileyglasser.com, jmarshall@baileyglasser.com, mdennis@baileyglasser.com, missyddennis@gmail.com, mrios@baileyglasser.com, pwilson@baileyglasser.com

Edward A. Broderick    ted@broderick-law.com

Matthew P McCue    mmccue@massattorneys.net

Jonathan R Marshall    jmarshall@baileyglasser.com, amason@baileyglasser.com, amontgomery@baileyglasser.com, mdennis@baileyglasser.com, missyddennis@gmail.com, pmuench@baileyglasser.com, wflynn@baileyglasser.com

**5:20-cv-00209-JPB Notice must be delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079362125 [Date=11/12/2020] [FileNumber=2644266-0] [035b2d99a1455e4ea19400ac16cda2d0c97aa68437af89b78bde716ff130e2c816 436f73eadc0f18405954b735f29ae1227c515468fd7f4da47249e0bdb7a4a3]]

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have

received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.