UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY**

Plaintiff/Petitioner

vs.

**ADT; ET AL.**

Defendant/Respondent

Case No.: **5:20-CV-209 (BAILEY)**

Hearing Date: **12/11/2020**

AFFIDAVIT OF SERVICE OF
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Received by **David E McGrath**, on the **3rd day of December, 2020 at 8:43 PM** to be served upon **EBLUBOX LLC c/o LALITA RANI, REGISTERED AGENT** at **1 BOSTON PLACE #2600, BOSTON, Suffolk County, MA 02108**.
On the **4th day of December, 2020 at 3:55 PM**, I, **David E McGrath**, SERVED EBLUBOX LLC c/o LALITA RANI, REGISTERED AGENT at **1 BOSTON PLACE #2600, BOSTON, Suffolk County, MA 02108** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Jane Doe**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **WHO REFUSED TO GIVE NAME, PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, a brown-haired Hispanic female approx. 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**

Service Fee Total: **$190.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____   _____   **December 08, 2020**
NAME: David E McGrath                Server ID #                                  Date

REF: **REF-6980186**

Page 1 of 1
Tracking #: **0061447052**

