IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

DIANA MEY, on behalf of herself
and others similarly situated,

    Plaintiff,

v.                        Civil Action No. 5:20-CV-209 (Bailey)

ADT, INC., SAFE STREETS USA, LLC,
and PERFECTVISION MANUFACTURING,
INC.,

    Defendants.

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Safe Streets USA, LLC substitutes Matthew A. Nelson, West Virginia State Bar No. 9421, as counsel of record in place of Whitney Smith, Lauri Mazzuchetti and Carrie Goodwin Fenwick.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 707 Virginia Street, East., Suite 1400, Charleston, WV 25301 |
| Telephone: | (304) 553-0129   Facsimile:   (304) 932-0265 |
| E-Mail: | matt.nelson@lewisbrisbois.com |

I consent to the above substitution:

Date: 2/22/2021

/s/ _Colleen M. Martin_
Colleen Martin, General Counsel for
Safe Streets USA, LLC

4841-2973-3341.1

I consent to being substituted:

| | | |
|---|---|---|
| Date: | 2/25/21 | /s/ *Whitney Smith* <br> Whitney Smith <br> Kelley, Drye & Warren LLP |
| Date: | 2/25/21 | /s/ *Lauri A. Mazzuchetti* <br> Lauri A. Mazzuchetti <br> Kelley, Drye & Warren LLP |
| Date: | 2/25/21 | /s/ *Carrie Goodwin Fenwick* <br> Carrie Goodwin Fenwick <br> Goodwin & Goodwin, LLP |

I consent to the above substitution:

Date: 2/25/21          /s/ *Matthew A. Nelson*
                       Matthew A. Nelson

The substitution of attorney is hereby approved and so ORDERED. The Court hereby directs the Clerk to SUBSTITUTE Matthew A. Nelson, Esquire as counsel of record for Safe Streets USA, LLC and TERMINATES Whitney Smith, Lauri Mazzuchetti, and Carrie Goodwin Fenwick as counsel of record for Safe Streets USA, LLC.

The Clerk is hereby directed to transmit copies of this Order to all counsel of record.

Date: _____

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

4841-2973-3341.1