IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**Wheeling Division**

DIANA MEY, on behalf of herself and others
similarly situated,

    Plaintiff,

v.                                               Civil Action No. 5:20-CV-209 (Bailey)

ADT, INC.,
SAFE STREETS USA, LLC, and
PERFECTVISION MANUFACTURING, INC.,

    Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of March, 2021, I served a true and correct copy of **Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant PerfectVision Manufacturing, Inc.,** by electronic mail, and that the Certificate of Service was filed with the Clerk of Court using the CM/ECF System, which will send notification to Defendants' counsel of record:

Angela L. Beblo
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, WV  25301
abeblo@spilmanlaw.com

Daniel S. Blynn
Michael A. Munoz
600 Massachusetts Avenue, N.W.
Washington, DC 20001
DSBlynn@venable.com
MAMunoz@venable.com

*Counsel for Defendant ADT LLC*

Matthew A. Nelson
Lewis Brisbois Bisgaard & Smith LLP
707 Virginia Street, East, Suite 1400
Charleston, WV  25301
matt.nelson@lewisbrisbois.com

*Counsel for Defendant Safe Streets USA LLC*

Denise D. Pentino
Jacob A. Manning
Dinsmore & Shohl LLP
2100 Market Street
Wheeling, WV  26003
denise.pentino@dinsmore.com
jacob.manning@dinsmore.com

*Counsel for Defendant PerfectVision Manufacturing, Inc.*

                                          /s/ John W. Barrett
                                          John W. Barrett