**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| DIANA MEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADT, INC., SAFE STREETS USA, LLC, and PERFECTVISION MANUFACTURING, INC.,<br><br>Defendants. | Case No. 5:20-cv-209-JPB<br><br>Judge John Preston Bailey |

**ORDER RE: JOINT STIPULATION**
**FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED that pursuant to the parties' Joint Stipulation For Dismissal With Prejudice, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: **7.21.21**

_____
Honorable Judge of the District Court